**Tamera M. PETERSON, Respondent,**

v.

**CAMILIA ROSE CONVALESCENT CENTER, (n/k/a Willows Convalescent Center), and Lumbermen's Underwriting Alliance, Relators,**

**and**

**Orthopedic Medicine & Surgery, Ltd., and Blue Cross and Blue Shield of Minnesota & Blue Plus, Intervenors.**

No. A04–653.

Supreme Court of Minnesota.

June 29, 2004.

Hon. Thomas Johnson.

Timothy P. Jung, Cronan Pearson Quinlivan, P.A., Minneapolis, MN, for Employer and Insurer, Relators.

Howard S. Carp, Borkon, Ramstead, Mariani, Fishman & Carp, Ltd. Minneapolis, MN, for Employee, Respondent.

Tom Walsh, Blue Cross Blue Shield of MN, St. Paul, MN, Chris Madigan, Orthopedic Medicine and Surgery, Ltd., Edina, MN, for Intervenors.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 17, 2004, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice